# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1652
_____

JAROSLAV SZABO,

   Appellant,

   v.

WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-through Certificates, Series 2007-BC1, and LUCIE SZABO,

   Appellees.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

March 27, 2019

PER CURIAM.

   AFFIRMED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

—————————————————————

*Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.*

—————————————————————


Steven Copus of Copus & Copus, P.A., Shalimar; George M. Gingo,
Titusville, for Appellant.

James H. Wyman of Hinshaw & Culbertson LLP, Coral Gables, for
Appellee Wells Fargo; no appearance for Appellee Lucie Szabo.